BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant Barrajas Santos

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-828 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION RE: INTRADISTRICT |
| ) | TRANSFER PURSUANT TO CRIMINAL |
| vs. ) | LOCAL RULE 18-2, AND ORDER |
| ) | |
| LAURA BARRAJAS SANTOS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

     The defendant, LAURA BARRAJAS SANTOS, represented by COLLEEN MARTIN, Assistant Federal Public Defender, and the government, represented by MAUREEN BESSETTE, Assistant United States Attorney, hereby agree as follows:

     The charges in the captioned Indictment pertain to conduct alleged to have occurred in the County of Santa Clara. Under Criminal Local Rule 18-1(c), this case should have been properly assigned to a Judge assigned to the San Jose Courthouse. The parties jointly request that the Court order the Clerk of the Court to transfer this case to the San Jose Courthouse under Criminal Local Rule 18-2.

     The case is presently set for a status hearing before the Honorable D. Lowell Jensen on

STIPULATION                                   1

September 18, 2009 at 9:00 a.m. The parties respectfully request that this hearing date be vacated. Once the assigned judge is known, the parties will promptly request a new hearing date.

Pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and to the previous order of the Honorable Wayne D. Brazil and, entered on August 26, 2009, time has been excluded from the operation of the Speedy Trial Act, 18 U.S.C. § 3161, until September 18, 2009.

SO STIPULATED.

DATED:   September 14, 2009          /S/
                                     MAUREEN BESSETTE
                                     Assistant United States Attorney

DATED:   September 14, 2009          /S/
                                     COLLEEN MARTIN
                                     Assistant Federal Public Defender

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Based on the stipulation of the parties and for good cause shown, the Court FINDS that this case should have been properly assigned to a United States District Judge in the San Jose Courthouse under Criminal Local Rule 18-1(c). The Court hereby ORDERS that the Clerk of the Court transfer this case to a Judge in the San Jose Courthouse.

The Court further ORDERS that the status hearing set for 9:00 a.m. on September 18, 2009, is hereby VACATED.

Date:   September 15, 2009
                                     D. LOWELL JENSEN
                                     United States District Judge

STIPULATION                          2