BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BARRAJAS-SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                          )<br>                    Plaintiff,               )<br>                                                          )<br>vs.                                                      )<br>                                                          )<br>LAURA LISETTE BARRAJAS-SANTOS,  )<br>                                                          )<br>                    Defendant.          )<br>_____) | No. CR-09-00828-JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING DATE<br>AND EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT |

## **STIPULATION**

Defendant Laura Lisette Barrajas-Santos, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Steven Seitz, hereby stipulate that, with the Court's approval, the court date currently scheduled for Wednesday, February 3, 2010, shall be continued to Wednesday, February 17, 2010, at 9:00 a.m.

The purpose of the continuance is to permit defense and government counsel further time to investigate and resolve issues relevant to on-going settlement discussions.

The parties agree that the time between February 3, 2010, and February 17, 2010 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective

Stipulation and [Proposed] Order                                  1

preparation.

IT IS SO STIPULATED.

Dated: February 1, 2010

                                                /s/
VARELL L. FULLER
Assistant Federal Public Defender

Dated: February 1, 2010

                                                /s/
STEVEN SEITZ
Assistant United States Attorney

## [PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for February 3, 2010, shall be continued to Wednesday, February 17, 2010, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between February 3, 2010, and February 17, 2010, would unreasonably deny defense and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between February 3, 2010, and February 17, 2010, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between February 3, 2010, and February 17, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 2/2/10

                                                
THE HONORABLE JEREMY FOGEL
United States District Court Judge