BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BARRAJAS-SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00828-JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING DATE |
| vs. ) | AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| LAURA LISETTE BARRAJAS-SANTOS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Defendant Laura Lisette Barrajas-Santos, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney David M. Paxton, hereby stipulate that, with the Court's approval, the court date currently scheduled for Thursday, April 1, 2010, shall be continued to Thursday, April 22, 2010, at 9:00 a.m.

The parties, since last appearing in this matter, have diligently worked to investigate and resolve outstanding issues regarding the proposed resolution.  However, the parties are awaiting approval of that resolution and additional time is required.

The parties agree that the time between April 1, 2010, and April 22, 2010 is excludable

Stipulation and [Proposed] Order           1

under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation.

IT IS SO STIPULATED.

Dated: March 31, 2010

                                                          /s/
VARELL L. FULLER
Assistant Federal Public Defender

Dated: March 31, 2010

                                                          /s/
DAVID M. PAXTON
Assistant United States Attorney

## [~~PROPOSED~~] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for April 1, 2010, shall be continued to Thursday, April 22, 2010, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between April 1, 2010, and April 22, 2010, would unreasonably deny defense and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between April 1, 2010, and April 22, 2010, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between April 1, 2010, and April 22, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 3/31/10

                                                      
THE HONORABLE JEREMY FOGEL
United States District Court Judge