BARRY J. PORTMAN
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BARRAJAS-SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00828-JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING SENTENCING |
| vs. | ) | HEARING |
| | ) | |
| LAURA LISETTE BARRAJAS-SANTOS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the sentencing hearing currently set for Thursday, August 19, 2010, at 9:00 a.m., may be continued to Thursday, November 4, 2010, at 9:00 a.m., to permit defense counsel additional time to complete the sentencing mitigation investigation, which involves, among other things, defense petitions pending in Santa Clara and San Mateo County Juvenile Courts to disclose records of Ms. Barrajas-Santos' juvenile dependency proceeding instituted under Cal. Welf. & Inst. Code § 300 *et. seq.*  The United States Probation Office has been consulted about the requested continuance and has no objection.  The parties further agree and the United States Probation Office concurs that the deadlines for disclosing the draft and final pre-sentence report shall be adjusted according to the new sentencing date.

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00828-JF
1

Dated: June 22, 2010

_____/s/_____
DAVID M. PAXTON
Special Assistant United States Attorney


Dated: June 22, 2010

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

**[PROPOSED] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing date set for Thursday, August 19, 2010, may be continued to Thursday, November 4, 2010, at 9:00 a.m., and the dates by which United States Probation must disclose the draft and final pre-sentence reports are to be adjusted accordingly.

It is so ordered.


Dated: July 15, 2010

_____
THE HON. JEREMY FOGEL
United States District Judge