1  BARRY J. PORTMAN
   Federal Public Defender                            **E-Filed 10/20/2010**
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BARRAJAS-SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-00828-JF |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |
| vs. | ) ) | HEARING |
| LAURA LISETTE BARAJAS-SANTOS, | ) ) |  |
| Defendants. | ) ) |  |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and agree that the sentencing hearing currently set for Thursday, November 4, 2010, at 9:00 a.m., may be continued to Thursday, December 9, 2010, at 9:00 a.m.  The reason for the requested continuance is based on the Declaration of Counsel for the defendant, Lara Barajas-Stantos, filed and submitted herewith.  The United States Probation Office has been consulted about the requested continuance and has no objection.  The parties further agree and the United States Probation Office concurs that the deadlines for disclosing the draft and final pre-sentence report shall be adjusted according to the new sentencing date.

/

/

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00828-JF
                                    1

Dated: October 13, 2010

                                     /s/
                           DAVID M. PAXTON
                           Special Assistant United States Attorney

Dated: October 13, 2010

                                     /s/
                           VARELL L. FULLER
                           Assistant Federal Public Defender

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing date set for Thursday, November 4, 2010, may be continued to Thursday, December 9, 2010, at 9:00 a.m., and the dates by which United States Probation must disclose the draft and final pre-sentence reports are to be adjusted accordingly.

It is so ordered.

Dated: October 20, 2010

                           THE HON. JEREMY FOGEL
                           United States District Judge